# EXHIBIT 1

# BILL OF SALE

DATE: 5/17/2021  STOCK#: 10710

**ELITE AUTO CORP**
3515 W ARMITAGE
CHICAGO, IL 60647
872-802-4006

## BUYER INFORMATION:
CHRISTOPHER DANGELO
HOME: ▮▮▮▮▮  WORK:  COUNTY:  CELL: 720-923-9829
D.L.#/STATE: CO  EXP. DATE:  D.O.B.:  SALESPERSON:

## VEHICLE INFORMATION:
| Field | Value | Field | Value |
|---|---|---|---|
| YEAR: | 1995 | BODY: | 2DR |
| MAKE: | EAGLE | COLOR 1: | BLACK |
| MODEL: | TALON | COLOR 2: | |
| VIN: | 4E3AL54F2SE225087 | CYL: | 4 |
| MILEAGE: | 66217 | TRANS: | AUTO |
| STOCK: | 10710 | STYLE: | TSI |

## TRADE-IN INFORMATION:
YEAR:  BALANCE OWED: $0.00
MAKE:  ALLOWANCE: $0.00
MODEL:  GOOD THROUGH:
VIN:  BALANCE OWED TO:
COLOR:
MILEAGE:
BODY:

The following applies to used motor vehicles only, except to the extent they are not subject to an implied warranty of merchantability, as noted below*:

**Illinois law requires that this vehicle will be free of a defect in a power train component for 15 days or 500 miles after delivery, whichever is earlier, except with regard to particular defects disclosed on the first page of this agreement. "Power train component" means the engine block, head, all internal engine parts, oil pan and gaskets, water pump, intake manifold, transmission, and all internal transmission parts, torque converter, drive shaft, universal joints, rear axle and all rear axle internal parts, and rear wheel bearings. You (the consumer) will have to pay up to $100 for each of the first 2 repairs if the warranty is violated.**

| | Amount |
|---|---|
| VEHICLE PRICE | 6,500.00 |
| Documentary Fee**: | 300.00 |
| Sales Tax: | N/A |
| Title Fee: N/A Reg. Fee: N/A | 0.00 |
| Optional ERT Fee: | N/A |
| Payoff on Trade-in: | N/A |
| Vehicle Preparation: | 200.00 |
| Shipping: | 800.00 |
| TOTAL DUE | 7,800.00 |
| TRADE-IN ALLOWANCE | N/A |
| DEPOSIT | 500.00 |
| DOWN PAYMENT | N/A |
| DEFERRED DOWN PAYMENT | 7,300.00 |
| TOTAL CREDIT | 7,800.00 |
| BALANCE DUE | 0.00 |

☒ Cash ☐ Finance

If financed, please see your installment sales contract for information about finance charge, insurance, and terms of payment (other than cash).

** DOCUMENTARY FEE. A DOCUMENTARY FEE IS NOT AN OFFICIAL FEE. A DOCUMENTARY FEE IS NOT REQUIRED BY LAW, BUT MAY BE CHARGED TO BUYERS FOR HANDLING DOCUMENTS AND PERFORMING SERVICES RELATED TO CLOSING OF A SALE. THE BASE DOCUMENTARY FEE BEGINNING JANUARY 1, 2020, WAS $300. THE MAXIMUM AMOUNT THAT MAY BE CHARGED FOR A DOCUMENTARY FEE IS THE BASE DOCUMENTARY FEE OF $300, WHICH SHALL BE SUBJECT TO AN ANNUAL RATE ADJUSTMENT EQUAL TO THE PERCENTAGE OF CHANGE IN THE BUREAU OF LABOR STATISTICS CONSUMER PRICE INDEX. THIS NOTICE IS REQUIRED BY LAW.

## INSURANCE INFORMATION:
COMPANY:  PHONE:
AGENT:  POLICY #:

## LIENHOLDER INFORMATION:
COMPANY:
ADDRESS:
REMARKS:

Attention consumer: sign here only if the seller has told you that this vehicle has the following problem or problems and you agree to buy the vehicle on those terms:
1) _____
2) _____
3) _____

Signature(s) _____ Date _____

# NO PUBLIC LIABILITY INSURANCE ISSUED WITH THIS TRANSACTION.

Unless we make a written warranty, or enter into a service contract within 90 days from the date of this contract, to the extent not prohibited by applicable law, we make no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose. Notwithstanding anything to the contrary above, and subject to the exceptions referenced below*, our general disclaimer of warranties does not exclude, modify, or disclaim the implied warranty of merchantability or the remedies for breach of the implied warranty of merchantability before midnight of the 15th calendar day after delivery of a used motor vehicle or until a used motor vehicle is driven 500 miles after delivery, whichever is earlier. This provision does not affect any warranties covering the vehicle that the manufacturer may offer.

*The implied warranty of merchantability does not apply to: (1) antique or collector vehicles; (2) vehicles with more than 150,000 miles at the time of sale; (3) vehicles with titles that have been branded "rebuilt" or "flood"; (4) vehicles with a gross vehicle weight of more than 8,000 pounds; (5) vehicles for which we (the seller) offer an express warranty that provides coverage that is equal to or greater than the implied warranty of merchantability required by Illinois law; (6) any other vehicles for which the implied warranty of merchantability does not apply as set forth in 815 ILCS 505/2L or other Illinois law; or (7) any particular defects in the vehicle for which you waive the implied warranty of merchantability in accordance with Illinois law.

**CONTRACTUAL DISCLOSURE STATEMENT (USED VEHICLES ONLY)** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale. Spanish Translation: Guía para compradores de vehículos usados. La información que se ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

Buyer hereby declares that he/she is of legal age to transact business and that no unfair inducement has been made by Seller. This agreement and the related documents that Buyer signs contemporaneously with this agreement, including any retail installment contract, contain the entire agreement between Buyer and Seller and cancels and supersedes any prior agreement including oral agreements relating to the sale of the motor vehicle.

X_____ 5/17/21  X_____ 5/17/21  X_____
Accepted by Authorized Representative of Seller  Date  Buyer  Date  Co-Buyer  Date

FZ-IL-BOS rev. 09/19  ©2019 Frazer Computing, Inc.