# EXHIBIT 2

1. 1995 Eagle Talon TSI:











- Hood and rear hatch gaps relative to fenders or quarters differs from left and right.
- Unibody top apron rust present under hood.

2. Talon Undercarriage and Suspension:













- The unibody underside contains rusted out cuts or tears.
- Most of the undercarriage and suspension components need replacement due to rust.

