# EXHIBIT 3

**BAM! AUTOMOTIVE**
2835 HEDBERG DRIVE
MINNETONKA, MN. 55305
Phone: 952-591-5855  Fax: 952-591-9681

**INVOICE** 6847

# INVOICE

Date: 10/13/2020

Peterson, George

Cellular 763-283-9921

1995 Eagle - Talon TSi - 2L, In-Line4 (122CI) VIN(F)
Lic # : 2ND910    Odometer In : 66212
VIN # : 4E3AL54F2 SE225087

| Part Description | QTY | Sale | Ext | Labor Description | Ext |
|---|---|---|---|---|---|
| Oil Filter | 1.00 | 9.99 | 9.99 | Change oil and filter | 12.99 |
| Motor Oil | 5.00 | 2.99 | 14.95 | Changed oil and filter, includes the following. Check and top off fluids, adjust tire pressures and perform vehicle inspection. | |
| Shop Supplies | | | 3.03 | Courtesy Check | n/c |
| | | | | Includes inspecting lighting, underhood, maintenance, brake system, drivetrain, suspension, exhaust, and tires. | |
| | | | | Hazardous Materials | 0.38 |

[ Recommendations ]
Vehicle very rusty - floorboards, brake/fuel lines, etc.

[ Payments - ]

I hereby authorize the above repair work to be done along with the necessary material and hereby grant you and/or your employees permission to operate the car or truck herein described on street, highways or elsewhere for the purpose of testing and/or inspection.  An express mechanic's lien is hereby acknowledged on above car or truck to secure the amount of repairs thereto.  Warranty on parts and labor is one years or 12,000 miles whichever comes first, when applicable.  Warranty work has to be performed in our shop & cannot exceed the original cost of repair.

| | |
|---|---|
| Labor: | 12.99 |
| Parts: | 27.97 |
| HazMat: | 0.38 |
| Sub: | 41.34 |
| Tax: | 2.10 |
| Total: | $43.44 |
| Bal Due: | $43.44 |

Vehicle Received: 10/13/2020

Signature _____  Date _____

Customer Number : 1840

Email Address:  austin@bamautorepair.com

Service Advisor :  Lutz, Austin    Tech :  Gutierrez, Paco 911

Page 1 of 1    Copyright (c) 2020 Mitchell Repair Information Company, LLC  invhrs 1.16.20dc



**BAM! AUTOMOTIVE**

| OK | SUGGESTED | REQUIRED |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| ✓ | Warning Lights on? | YES | NO | |
| ✓ | Wipers | TORN | DRY | STREAKING |
| | Windshield | CRACKED | CHIPPED | |

**LIGHTING**
| | | | | |
|---|---|---|---|---|
| ✓ | Headlights | LENS CRACKED | LENS FOGGED | BULB |
| ✓ | Turn Signals | LENS CRACKED | LENS FOGGED | BULB |
| ✓ | Reverse | LENS CRACKED | LENS FOGGED | BULB |
| ✓ | Tag/Marker Lights | LENS CRACKED | LENS FOGGED | |
| ✓ | Brake Lights | LENS CRACKED | LENS FOGGED | BULB |

**UNDER HOOD**
| | | | | |
|---|---|---|---|---|
| ✓ | Battery | CCA Rating 590 | CCA Actual 465 | |
| ✓ | Battery Cables/Ends | CORRODED | LOOSE | |
| ✓ | Battery Hold Down | MISSING | BROKEN | |
| ✓ | Air Filter | RESTRICTED | MISSING | DUSTY *DIRTY* CLOGGED |
| N/A | Cabin Air Filter | RESTRICTED | MISSING | OE MAINT INTERVAL |
| ✓ | Belts | CRACKED | FRAYED | MISSING |
| ✓ | Hoses | CRACKED | FRAYED | SOFT/SPONGY |

**MAINTENANCE**
| | | | | |
|---|---|---|---|---|
| ✓ | Window Washer Fluid | ADDED FT | ADDED REAR | |
| ✓ | Power Steering Fluid | CONDITION | OE MAINT INTERVAL | ADDED |
| ✓ | Transmission Fluid | CONDITION | OE MAINT INTERVAL | ADDED |
| ✓ | Brake Fluid | CONDITION | OE MAINT INTERVAL | ADDED |
| ✓ | Coolant Fluid | CONDITION | OE MAINT INTERVAL | ADDED |
| ✓ | Differential/ Transfer Case | OE MAINT INTERVAL | | |
| | ~~Fuel Injection System~~ | THROTTLE PLATE DIRTY | STICKY GAS PEDAL | |

**BRAKE SYSTEM**
| | | | | |
|---|---|---|---|---|
| ✓ | Front Brake Lining | 8 MM | | |
| ✓ | Front Rotor Condition | | | |
| ✓ | Rear Brake Lining | 8 MM | SHOES ___/32 | |
| ✓ | Rear Rotor/Drum Condition | | | |
| ✓ | Brake Hoses | CRACKED | FRAYED | **(LEAKING)** |
| ✓ | Master Cylinder | LEAKING | | |

**CV BOOTS**
| | | | |
|---|---|---|---|
| ✓ | Left | BOOT TORN | WORN/BINIDNG JOINT |
| ✓ | Right | BOOT TORN | WORN/BINIDNG JOINT |

**SUSPENSION**
| | | | |
|---|---|---|---|
| ✓ | Shocks | LEAKING | WORN |
| ✓ | Struts | LEAKING | WORN |
| ✓ | Steering/Suspension System | BENT | LOOSEN |

noisy

**EXHAUST SYSTEM**
| | | | | |
|---|---|---|---|---|
| ✓ | Muffler | LOOSE | LEAKING | RATTLE |
| ✓ | Exhaust Pipe | LOOSE | LEAKING | RATTLE |

rosy

**TIRE**

Tire Size ___ / ___ / ___

*Left Front* — Tread Depth 8 / ___ / ___ — Wear Pattern: ___ — Pressure: ___ psi

*Right Front* — Tread Depth 7 / ___ / ___ — Wear Pattern: ___ — Pressure: ___ psi

*Left Rear* — Tread Depth 5 / ___ / ___ — Wear Pattern: ___ — Pressure: ___ psi

*Right Rear* — Tread Depth 5 / ___ / ___ — Wear Pattern: ___ — Pressure: ___ psi

**TECHNICIAN COMMENTS**

_____

_____

_____

_____

TECHNICIAN: _____
SERVICE ADVISOR: _____

WE HAVE INSPECTED YOUR VEHCILE AND BELIEVE THE ABOVE ITEM TO BE AS SPECIFIED. THANK YOU FOR ALLOWING AUTOMOTIVE TRAINING INSITUTE TO PERFOM THIS SERVICE.