IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER D'ANGELO, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 21-cv-3722 |
| | ) | |
| ELITE AUTO CORP. and PAUL KIECA | ) | Honorable Thomas M. Durkin |
| | ) | |
| | ) | Magistrate Gabriel A. Fuentes |
| Defendants. | ) | |

## MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Christopher D'Angelo, by his undersigned attorneys, and for his Motion to Dismiss, state as follows:

1. The parties have reached a settlement in this matter.

2. The parties have agreed that this matter should be dismissed with prejudice with the parties bearing their own costs.

**WHEREFORE**, Plaintiff Christopher D'Angelo moves this court dismiss this action with prejudice with the parties bearing their own costs.

Dated: January 17, 2022                              CHRISTOPHER D'ANGELO

                                                     By: /s/ Peter S. Lubin
                                                         One of his Attorneys

Peter S. Lubin                          Terrence Buehler
Patrick Austermuehle                    LAW OFFICES OF TERRENCE BUEHLER
LUBIN AUSTERMUEHLE, P.C.                19 South LaSalle, Suite 702
17W220 22nd Street, Suite 410           Chicago, IL. 60603
Oakbrook Terrace, IL 60181              (312) 371-4385
(630) 333-0333                          tbuehler@tbuehlerlaw.com
peter@l-a.law
patrick@l-a.law